**FILED**
OCT 2 0 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**DELIVERED VIA CERTIFIED MAIL 7011 1570 0003 4118 6506**

From the office of the said United States,
Ex rel, Michael Joseph Kearns

*[Stamp: U.S. COURT OF APPEALS RECEIVED OCT 2 9 2014 FIFTH CIRCUIT]*

IN THE UNITED STATES OF AMERICA COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| IN RE, Michael Joseph Kearns, a man, created by the laws of Nature and Nature's God | ] NO. _____<br>]<br>] USDC CASE, SA-11-CA-183-FB ✓<br>]<br>] OSC CASE NO. OSC-2007-0001<br>]<br>] SPECIAL VISITATION FOR THE<br>] PERFORMANCE OF ESSENTIAL<br>] GOVERNMENTAL SUBSERVIENT<br>] DUTIES ONLY |

**NOTICE OF APPEAL, (28 USC 1653)
(CHALLENGE TO RIGHT TO EXERCISE JURISDICTION
AS AN ARTICLE IV, SECTION 3, CLAUSE 2,
CLAIM OF THE COUNTRY OF THE SAID UNITED STATES)
DECLARATION OF SLANDER**

The man, Michael Joseph Kearns, currently living on the land of the United States, more specifically Texas, politically as one of the "people of the United States" and NOT as one of the "inhabitants of the United States", see the terms within the Definitive Treaty of Peace, 1783, between the two countries, Great Britain and the said United States as well as at 8 stat 80 as the law making power of the UNITED STATES OF AMERICA in Congress Assembled and does not recognize nor consent nor delegate any of his sovereignty, for any discretion of the UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT, regarding the "people of the United States," ex rel, Michael Joseph Kearns, in and for the country of the said United States.

1

Michael Joseph Kearns only delegates part of his sovereignty to provide Article IV, Section 4, guaranteed governmental subservient duties to one of the "people of the United States" in and for the country of the said United States, for the specific purpose of correcting territorial jurisdictional errors within the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. Michael Joseph Kearns does not delegate nor does not provide any of his sovereignty for any discretionary judicial function in the instant cases, but only delegates part of his sovereignty to the UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT, to provide "essential governmental subservient duties" to the "people of the United States" ex rel, Michael Joseph Kearns, for the specific purpose, of recognizing and correcting the territorial jurisdictional errors committed by the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, and as the true sovereign in this Case, Michael Joseph Kearns, see *CHISHOLM v. GEORGIA,* 2 U.S. 419 (1793) respectfully commands the temporal sovereign, UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT, and its officers, agents and employees, acting herein through the UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT, to perform the following "essential governmental subservient duties" for the "people of the United States", ex rel, Michael Joseph Kearns, to wit:

**In considering the above mentioned territorial jurisdictional errors (lex loci;**

Venue is no part of a right to sue, and therefore, is no part of a right to exercise jurisdiction. Venue, as a matter of legal inference is not a place as a matter of fact, and therefore venue in the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS provides no part of the right to sue in Case NO. SA-95-CR-201. Even though no substantive

2

rights are lost by passing through other jurisdictions in order to enforce judgments made in Suitor's one supreme Court, Case No. OSC-2007-0001.

The UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS does not have a true lex loci as a matter of fact, and therefore, no pure question of lex loci can be raised in the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. Suitor's one supreme Court needs procedurally to pass through the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS for effect to be given of the Suitor's one supreme Court judgment on the federal plane (lex fori).

Pursuant to your own Rule 2, the sovereign "people of the United States" ex rel, Michael Joseph Kearns, see *Chisholm v. Georgia*, 2 U.S. 419 (1793) hereby respectfully commands an entity of the temporal sovereign, the UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT, to suspend the Federal Rules of Appellate procedure, and those Rules are hereby suspended for this instant matter, and

To order the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, to withdraw its ORDER of August 13, 2014, in Case No. SA-11-CA-183-FB, which acts as a final order of that court unless Michael Joseph Kearns, pays the sanctions, (28 USC 1291) which ORDER is in violation of 28 USC 2071 and 2072, wherein the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS is limiting the filing of any documents to limit access to the Records of the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS for one of the "people of the United States", the man, Michael Joseph Kearns, as violation of the substantive rights of one of the "people of the United States", ex rel, Michael Joseph Kearns.

Michael Joseph Kearns is in the process of Ordering the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, to enforce the independent action taken by Suitor's one supreme Court, to dismiss with prejudice the Indictment in Case No. SA-95-CR-201 for the reasons stated herein above and below through Case No. SA-11-CA-183-FB.

**DECLARATION OF SLANDER:** I, the man, Michael Joseph Kearns, state under the penalties of perjury within the territorial jurisdictional limits of the country of the said United States, that the action complained of, intrinsic fraud, in the original Case, SA-95-CR-201, UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, actually took place in Texas within the country of the said United States and the action as alleged by the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS did not as a matter of fact take place in the STATE OF TEXAS nor within the nation of the UNITED STATES OF AMERICA, an agent nation of the British Empire. Therefore, a gross misrepresentation and concealment of material facts (intrinsic fraud) has taken place within the country of the said United States which acts as a bar and an estoppel to the commencement of the right of action and to the maintenance of the action by the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS in Cases SA-95-CR-201 and the maintenance of the right of action in Case No. SA-11-CA-183.

.

The UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS is using their procedures to interfere (28 USC 2072(b))(Rule 60(b) and Rule 60(d)(1) with the Suitor's one supreme Court ultimate appellate jurisdiction (see Section 13 of the First Judiciary Act of

.

4

1789) and trial court jurisdiction and the remedial remedies that would follow, 28 USC 1651(a).

The UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT has administrative supervisory jurisdictional control over the UNITED STATES OF AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS and as such can exercise its administrative oversight jurisdiction for the purpose of ensuring the "people of the United States" ex rel, Michael Joseph Kearns, receives all the "essential governmental subservient duties" from the nation, the UNITED STATES OF AMERICA, in its capacity as an agent nation of the Crown of Great Britain by the terms of the Definitive Treaty of Peace, 1783, passed by the Congress of the UNITED STATES OF AMERICA at 8 statutes at large, page 80.

There are enough facts stated herein for this UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT to take any and all necessary administrative supervisory action(s), even sua sponte, as an essential governmental subservient duty to protect and preserve the sovereignty and the rights of one of the "people of the United States" ex rel, the man, Michael Joseph Kearns without further information, facts, evidence or testimony, HOWEVER, should this UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT feel they need more specific briefing on the matter, the UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT may issue a request for such information, facts, evidence and testimony from the man, Michael Joseph Kearns, OTHERWISE, immediate substantial and specific action is expected from the UNITED STATES OF AMERICA COURT OF APPEALS FOR THE FIFTH CIRCUIT in these instant matters.

Respectfully

*[signature: Michael Joseph Kearns]*

Michael Joseph Kearns, a man,
created by Nature and Nature's God
c/o 9739 Hidden Falls
San Antonio 78250
Texas United States
210-523-7154 (office)
210-508-2961 (cell)
m3j3k3@hotmail.com

## VERIFICATION

BEFORE ME THE UNDERSIGNED NOTARY PUBLIC, on this day, personally appeared Michael Joseph Kearns, a man known to me. After I administered an oath to him, upon his oath, he said he read the above **NOTICE OF APPEAL, (28 USC 1653) (CHALLENGE TO RIGHT TO EXERCISE JURISDICTION AS AN ARTICLE IV, SECTION 2, CLAUSE 2, CLAIM OF THE COUNTRY OF THE SAID UNITED STATES) DECLARATION OF SLANDER** and that the facts stated therein are within his personal knowledge and are true and correct.

*[signature]*
Michael Joseph Kearns

SUBSCRIBED AND SWORN TO, before me the undersigned STATE OF TEXAS NOTARY PUBLIC, on the ___16___ day of October, 2014.

*[signature]*
Notary Public - Signature

seal

*[signature: Laura N Corn]*
Notary Public - Printed Name
My Commission Expires on: ___7/30/2016___

LAURA N CORN
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-30-16

## CERTIFICATE OF SERVICE

I, Michael Joseph Kearns, hereby certify I placed a copy of this **NOTICE OF APPEAL, (28 USC 1653) (CHALLENGE TO RIGHT TO EXERCISE JURISDICTION AS AN ARTICLE IV, SECTION 2, CLAUSE 2, CLAIM OF THE COUNTRY OF THE SAID UNITED STATES) DECLARATION OF SLANDER** in the U.S. Mail, hand delivered, e-serve, or sent by facsimile, on this __16th__ day of October, 2014, addressed:

United States of America Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

_Michael Joseph Kearns_
Michael Joseph Kearns

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 21, 2014

Mr. William Putnicki
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

FILED
OCT 2 0 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

In re: Michael J. Kearns
USDC No. 5:11-CV-183-FB

Dear Mr. Putnicki,

I am forwarding a notice of appeal erroneously sent to us. We have noted the date received here. When you file the notice of appeal, please use that date, see FED R. APP. P. 4(d).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
Mr. Michael J. Kearns